UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Jocelyn T Williams<br><br>    Debtor(s) | Case No. 14-42435 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/24/2014.

2) The plan was confirmed on 01/23/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/19/2016.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,645.00 |
| Less amount refunded to debtor | $351.18 |

**NET RECEIPTS:** $9,293.82

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $411.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,411.18

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 389.10 | 389.10 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 1,498.99 | 1,498.99 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 8,575.00 | 8,575.00 | 8,575.00 | 3,800.55 | 665.44 |
| CAVALRY SPV I LLC | Unsecured | 575.00 | 1,402.34 | 1,402.34 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 1,402.00 | 609.95 | 609.95 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 1,265.00 | 1,274.08 | 1,274.08 | 0.00 | 0.00 |
| ONEMAIN | Unsecured | 4,285.00 | 3,053.66 | 3,053.66 | 416.65 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 382.00 | 382.06 | 382.06 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 0.00 | 12.34 | 12.34 | 0.00 | 0.00 |
| WOMEN OBGYN ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ATI PHYSICAL THERAPY | Unsecured | 4,304.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| FIRST FAMILY DENTAL | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL H | Unsecured | 1,553.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMENITY EXPRESS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GENESIS LENDING SERVICE | Unsecured | 3,265.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| HBLC INC | Unsecured | 1,247.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 1,552.00 | NA | NA | 0.00 | 0.00 |
| INTEGRYS ENERGY | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GECRB JC PENNEY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| PARK RIDGE ANESTHESIOLOGY | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE SOLUTION SP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| SALT CREEK THERAPY CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 200.00 | 374.58 | 374.58 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 10,179.00 | 10,852.60 | 10,852.60 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,575.00 | $3,800.55 | $665.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,575.00** | **$3,800.55** | **$665.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,849.70** | **$416.65** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,411.18 |
| Disbursements to Creditors | $4,882.64 |
| **TOTAL DISBURSEMENTS:** | **$9,293.82** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/27/2017                           By: /s/ Glenn Stearns
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**